UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| **ADAM VIDONI,** | ) | Appeal No. 12-1549 |
| | ) | |
| *Plaintiff-Appellant*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE ACADIA CORPORATION,** | ) | |
| | ) | |
| *Defendant-Appellee* | ) | |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective undersigned counsel, hereby stipulate to the dismissal of all claims in this matter with prejudice and without costs to either party.

Dated:     July 30, 2012          PLAINTIFF-APPELLANT, Adam Vidoni,


By    */s/ Gary F. Lynch*
Gary F. Lynch, Esq., Bar No. 1152588
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA  16107
(724) 656-1555
glynch@carlsonlynch.com

Dated:     July 30, 2012                    DEFENDANT-APPELLEE,
                                            The Acadia Corporation,


                                    By____/s/Bernard J. Kubetz_____
                                            Bernard J. Kubetz, Esq., Bar No. 13686
                                            Eaton Peabody
                                            80 Exchange Street
                                            P. O. Box 1210
                                            Bangor, Maine 04402-1210
                                            207-947-0111
                                            bkubetz@eatonpeabody.com


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2012, the foregoing Stipulation of

Dismissal was served on counsel of record using the Court's CM/ECF system which will

send notification of such filing to the following:

Gary F. Lynch, Esq.
glynch@carlsonlynch.com


                                    /s/ Bernard J. Kubetz_____
                                    Bernard J. Kubetz